DECLARATION OF SUPERVISORY DETENTION AND DEPORTATION OFFICER

<u>KAREN O'DONNELL</u>

Pursuant to the authority of 28 U.S.C. § 1746, I, Karen O'Donnell, a Supervisory Detention and Deportation Officer for U.S. Department of Homeland Security, United States Immigration and Customs Enforcement, Enforcement and Removal Operations, Hartford, Connecticut declare as follows:

1. I am employed by the Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), as a Supervisory Detention and Deportation Officer ("SDDO"), located in Hartford. I have been employed by ICE since November 2008. I have been an SDDO since March 2019.

2. Included in my official duties as an SDDO is the responsibility for assisting in the managing and monitoring the scheduling and execution of removal orders for aliens in ICE custody. I am familiar with ICE policies and procedures for detaining individuals in order to initiate removal proceedings or to effectuate removal orders as well as releasing individuals from ICE custody.

3. I have experience utilizing ICE record systems to obtain information regarding specific aliens. ICE maintains electronic and paper records on aliens in the course of its regularly conducted business activity. These records are made in the course of regularly conducted business activity at or near the time of relevant events by a person with knowledge of these events. In preparing this declaration, I have examined ICE official records, including the Enforce Alien Removal Module ("EARM") and PLAnet. EARM is the ICE electronic database utilized by ERO to maintain information regarding the custody and removal status of aliens. PLAnet is the ICE electronic database maintained by ICE's

Office of the Principal Legal Advisor as a case and document management system. These databases are the electronic records ordinarily relied upon to ascertain an alien's immigration and criminal history, current case status, and plans for removal, if any.

4. In the course of preparing this declaration, I have examined the official records available to me regarding the immigration history and custody status of ("Petitioner") Luis Leonardo Minchala Guaman.

5. The Petitioner entered ICE custody on May 26, 2025.

6. The Petitioner was held at the ICE office in Hartford, Connecticut from May 26, 2025, until May 28, 2025.

7. At approximately 4:30 p.m. on May 28, 2025, ICE transferred the Petitioner from the Hartford Office to the Delaney Hall Detention Facility in Newark, New Jersey.

8. The Petitioner is currently at the Delaney Hall Detention Facility in Newark, New Jersey.

9. Due to a recent issue with an ICE system used to record detention location, the system contained information that had not been updated. This information has since been updated and is current.

I declare under penalty of perjury that the foregoing is true and correct.

Signed on the thirtieth day of May, 2025

KAREN F ODONNELL
Digitally signed by KAREN F ODONNELL
Date: 2025.05.30 12:25:21 -04'00'

Karen O'Donnell
Supervisory Detention and Deportation Officer
U.S. Department of Homeland Security
United States Immigration and Customs Enforcement
Hartford, Connecticut