## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Luis Minchala Guaman,                )<br>                                                          )<br>                        Petitioner,      )<br>                                                          )<br>v.                                                     )<br>                                                          )<br>Patricia Hyde, Field Office Director,   )<br>Michael Krol, HSI New England Special )<br>Agent in Charge, and Todd Lyons, Acting )<br>Director U.S. Immigrations and Customs )<br>Enforcement, and Kristi Noem, U.S. Secretary )<br>of Homeland Security,                   )<br>                                                          )<br>                        Respondents.   )<br>_____ ) | Case No. 1:25-cv-11523<br><br>**STATUS REPORT** |

1. Pursuant to the Court's order at the Status Conference on July 9, 2025, Petitioner's counsel submits this status report detailing his attempts to contact Petitioner.

2. According to Respondents' recent Status Report, Mr. Guaman is currently in custody at the Torrance County Detention Facility in Estancia, New Mexico ("TCDF"). Doc No 10 at 2, Doc No 10-1, ¶ 10.

3. On Wednesday, July 9, 2025, at approximately 2:26 p.m. Eastern Daylight Time ("EDT"), Petitioner's counsel used Google to search for contact information for TCDF.

4. The first result in the search listed TCDF as a facility associated with the Department of Homeland Security's ("DHS") Immigration and Customs Enforcement ("ICE").

5. Petitioner's counsel clicked on the link and was brought to a page with the headline "Contacting a Detainee." A picture of the page is inset below.



6. The page lists two phone numbers to contact detainees at TCDF: 505-452-4821 and 505-384-2711. For the first number—505-452-4821—callers are asked to call "between the hours of 7 a.m. and 3 p.m." The information does not state the time zone in which these recommended times are based. Assuming, however, that they are in Mountain Daylight Time, the time zone in which Estancia, New Mexico, is located, a caller in Massachusetts would need to call between 9 a.m. and 5 p.m. EDT.

7. Petitioner's counsel called 505-452-4821 at approximately 2:31 p.m. EDT. The call went straight to voicemail. Petitioner's counsel left his name and title, Mr. Guaman's full name, date of birth, country of birth, and A-number, and Petitioner counsel's phone number. All information was repeated.

8. Petitioner's counsel called 505-384-2711 at approximately 2:37 p.m. EDT. The call went straight to voicemail. Petitioner's counsel left his name and title, Mr. Guaman's full name, date of birth, country of birth, and A-number, and Petitioner counsel's phone number. All information was repeated.

9. At the bottom of the webpage for TCDF, the facility's address and two phone numbers are listed. One phone number is the same mentioned above: 505-384-2711, listed as TCDF's "Facility Main Phone."

10. A second, listed as TCDF's "Field Office Main Phone," is 915-856-2317.



11. Petitioner's counsel called 915-856-2317 at approximately 2:42 p.m. EDT. Petitioner's counsel was greeted with a recording which identified the number as one associated with ICE's Enforcement and Removal Operations ("ERO") Field Office in El Paso, Texas. The recording provided two phone numbers to call to ascertain information about individuals held for immigration violations: 915-225-0700 and 915-225-1941. The recording then repeated. There was no option or ability to leave a message or speak with someone at the El Paso ERO Office.

12. Petitioner's counsel called 915-225-0700 at approximately 2:46 p.m. EDT. The call rang approximately five times. Petitioner's counsel was then greeted with a recording which said the call was recorded and would be answered in the order it was received.

Approximately ten seconds later, Petitioner's counsel was connected to an individual in a call center. After providing Petitioner's counsel's information and Mr. Guaman's information, Petitioner's counsel was instructed to submit a contact form at ice.gov/webform/ero-contact-form.

13. At approximately 2:54 p.m. EDT, Petitioner's counsel provided all necessary information and submitted the contact form at ice.gov/webform/ero-contact-form.

14. Petitioner's counsel was also instructed to fill out and electronically file a form G-28, "Notice of Entry of Appearance as Attorney or Accredited Representative," register an account with ERO eFile to file form G-28, and electronically file form G-28.

15. At approximately 12:43 p.m. on Thursday, July 10, 2025, Petitioner's counsel registered an account with ERO eFile. Petitioner's counsel was instructed to await approval which would come in the form of an email from the address eroefile@ice.dhs.gov. According to the confirmation, approval could take up to five business days.



16. At approximately 12:54 p.m. EDT, Petitioner's counsel received two emails confirming an ERO eFile account was successfully created.

17. At approximately 1:08 p.m. EDT, Petitioner's counsel registered a password and security question with the ERO eFile account.

18. At approximately 1:19 p.m. EDT, Petitioner's counsel filled out and submitted a form G-28 on the ERO eFile website. A redacted copy of the G-28 is attached as Exhibit 1. Below is the confirmation of successful submission of the form G-28.

> Submission successful. Please click the PDF icon to view and download the G28 file.
>
> **Electronic Form G-28 Unique ID:** G280037258
> **Client Name:** LUIS MINCHALA GUAMAN
>
> [View PDF]

19. During the call at approximately 2:46 p.m. EDT on Wednesday, July 9, 2025, Petitioner's counsel was also instructed to send a copy of the submitted form G-28 to the email address for the El Paso ERO Office: elpaso.outreach@ice.dhs.gov.

20. At approximately 1:29 p.m. EDT on Thursday, July 10, 2025, Petitioner's counsel submitted an email to elpaso.outreach@ice.dhs.gov requesting contact with Petitioner. A copy of the email is attached as Exhibit 2.

21. Petitioner's counsel called 915-225-1941—the second number a caller could use to obtain information about detainees within the purview of the El Paso ERO Office—at approximately 2:46 p.m. EDT. The call rang approximately five times. Petitioner's counsel was then greeted with a recording which said the call was recorded and would be answered in the order it was received. Approximately ten seconds later, Petitioner's counsel was connected to an individual in a call center. The individual stated there are only two ways

to contact Mr. Minchala Guaman: via phone at the phone numbers listed for TCDF—505-452-4821 and 505-384-2711—and via email at elpaso.outreach@ice.dhs.gov. After confirming there was no other way to contact Petitioner other than those avenues, Petitioner's counsel politely terminated the call.

22. At approximately 1:39 p.m. EDT on Thursday, July 10, 2025, Petitioner's counsel again called 505-452-4821, one of two numbers associated with TCDF. The call went straight to voicemail. Petitioner's counsel left his name and title, Mr. Guaman's full name, date of birth, country of birth, and A-number, and Petitioner counsel's phone number.

23. At approximately 1:41 p.m. EDT on Thursday, July 10, 2025, Petitioner's counsel again called 505-384-2711. The call rang approximately thirteen times and then disconnected.

24. At approximately 1:43 p.m. EDT on Thursday, July 10, 2025, Petitioner's counsel called 505-384-2711. The call rang approximately twelve times and then disconnected.

25. At approximately 1:45 p.m. EDT on Thursday, July 10, 2025, Petitioner's counsel called 505-384-2711. The call rang approximately eight times and then connected. Petitioner's counsel repeatedly greeted the connected to no response. After remaining connected for approximately one minute, the call disconnected.

26. At approximately 1:47 p.m. EDT on Thursday, July 10, 2025, Petitioner's counsel called 505-384-2711. The call rang approximately two times and then connected. Petitioner's counsel repeatedly greeted the connected line to no response. After remaining connected for approximately two minutes, the call disconnected.

27. At approximately 2:02 p.m. EDT on Thursday, July 10, 2025, Petitioner's counsel emailed Respondents' counsel regarding Petitioner's counsel's attempts to contact Petitioner. A copy of the email is attached as Exhibit 3.

28. Respondents' counsel responded in two emails at approximately 11:24 a.m. and 11:36 a.m. EDT on Friday, July 11, 2025. Neither email provides an additional way to contact Petitioner other than the two phone numbers and the email address previously mentioned.

29. At approximately 4:28 p.m. EDT on Friday, July 11, 2025, Petitioner's counsel again called 505-452-4821, one of two numbers associated with TCDF. The call went straight to voicemail. Petitioner's counsel left his name and title, Mr. Guaman's full name, date of birth, country of birth, and A-number, and Petitioner counsel's phone number.

30. At approximately 4:30 p.m. EDT on Friday, July 11, 2025, Petitioner's counsel again called 505-384-2711. The call rang once and then disconnected.

31. At approximately 4:41 p.m. EDT on Friday, July 11, 2025, Petitioner's counsel submitted a second email to elpaso.outreach@ice.dhs.gov requesting contact with Petitioner. A copy of the email is attached as Exhibit 4.

32. At approximately 4:43 p.m. EDT on Friday, July 11, 2025, Petitioner's counsel emailed Respondents' counsel and informed him Petitioner's counsel has had no contact with Petitioner. A copy of the email is attached as Exhibit 5.

33. As of 4:47 p.m. EDT on Friday, July 11, 2025, Petitioner's counsel has not received any communication from DHS, ICE, Respondents, or Respondents' counsel regarding contact with Petitioner.

Dated:   July 11, 2025
         Boston, Massachusetts

Respectfully submitted,

LUIS MINCHALA GUAMAN

By his attorney:

Joshua O'Neill, Esq.
BBO# 704512
617.356.7784
josh@bostondefender.com



www.bostondefender.com
240 Elm St, 2nd Floor
Somerville, MA 02144