Outlook

**Re: Form G-28 to contact Luis Minchala Guaman**

| | |
|---|---|
| **From** | Joshua ONeill <josh@bostondefender.com> |
| **Date** | Fri 7/11/2025 4:41 PM |
| **To** | elpaso.outreach@ice.dhs.gov <elpaso.outreach@ice.dhs.gov> |

Hello,

I am following up on the email below which was sent yesterday, Thursday, July 10, 2024. I represent Luis Minchala Guaman, who is held at Torrance County Detention Facility, and I am trying to contact him. I previously provided a form G-28 which was electronically submitted and accepted yesterday.

I would like to speak with him as soon as possible via whatever method is the most readily available and convenient.

If you have any questions or need anything further from me to facilitate my request, please contact me on my cell phone at 617-356-7784 or via email at josh@bostondefender.com.

Thanks,

Josh

**SCHEDULE A CALL WITH ME**

**Joshua O'Neill, Esq.**
*he/him*
BBO# 704512
C: 617.356.7784
F: 617.751.6059



www.bostondefender.com
240 Elm St 2nd Floor
Somerville, MA 02144

**From:** Joshua ONeill <josh@bostondefender.com>
**Sent:** Thursday, July 10, 2025 1:28 PM
**To:** elpaso.outreach@ice.dhs.gov <elpaso.outreach@ice.dhs.gov>
**Subject:** Form G-28 to contact Luis Minchala Guaman

Hello,

I'm an attorney, and I represent Luis Minchala Guaman. Attached is the form G-28 which I filed electronically approximately 10 minutes ago.

Mr. Minchala Guaman is held at the Torrance County Detention Facility in Estancia, New Mexico.

I would like to speak with him as soon as possible via whatever method is the most readily available and convenient.

If you have any questions or need anything further from me to facilitate my request, please contact me on my cell phone at 617-356-7784 or via email at josh@bostondefender.com.

Thank you,

Josh

**[SCHEDULE A CALL WITH ME](#)**

**Joshua O'Neill, Esq.**
*he/him*
BBO# 704512
C: 617.356.7784
F: 617.751.6059



www.bostondefender.com
240 Elm St 2nd Floor
Somerville, MA 02144