Outlook

### Re: Guaman

| | |
|---|---|
| From | Joshua ONeill <josh@bostondefender.com> |
| Date | Fri 7/11/2025 4:44 PM |
| To | Sady, Michael (USAMA) <Michael.Sady@usdoj.gov> |

Hello AUSA Sady,

I attempted two more calls and send an additional email. No one from DHS or ICE has contacted me in any form.

Thanks,

Josh

**[SCHEDULE A CALL WITH ME](#)**

**Joshua O'Neill, Esq.**
*he/him*
BBO# 704512
C: 617.356.7784
F: 617.751.6059



www.bostondefender.com
240 Elm St 2nd Floor
Somerville, MA 02144

---

**From:** Sady, Michael (USAMA) <Michael.Sady@usdoj.gov>
**Sent:** Friday, July 11, 2025 11:35 AM
**To:** Joshua ONeill <josh@bostondefender.com>
**Subject:** Guaman

Hi Josh.  Can you please confirm whether you have been able to reach your client after filing the G-28?
Mike

Michael Sady
Assistant U.S. Attorney
District of Massachusetts

617-748-3362

---

This email has been scanned for spam and viruses. Click here to report this email as spam.