UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Luis Minchala Guaman, | ) |
| Petitioner, | ) Case No. 1:25-cv-11523 |
| | ) |
| | ) **STATUS REPORT** |
| v. | ) |
| | ) |
| Patricia Hyde, Field Office Director, | ) |
| Michael Krol, HSI New England Special | ) |
| Agent in Charge, and Todd Lyons, Acting | ) |
| Director U.S. Immigrations and Customs | ) |
| Enforcement, and Kristi Noem, U.S. Secretary | ) |
| of Homeland Security, | ) |
| | ) |
| Respondents. | ) |

1. Pursuant to the Court's order at the Status Conference on July 9, 2025, Petitioner's counsel submits this status report detailing his attempts to contact Petitioner.

2. According to Respondents' recent Status Report, Mr. Guaman is currently in custody at the Torrance County Detention Facility in Estancia, New Mexico ("TCDF"). Doc No 10 at 2, Doc No 10-1, ¶ 10.

3. On Wednesday, July 9, 2025, at approximately 2:26 p.m. Eastern Daylight Time ("EDT"), Petitioner's counsel used Google to search for contact information for TCDF.

4. The first result in the search listed TCDF as a facility associated with the Department of Homeland Security's ("DHS") Immigration and Customs Enforcement ("ICE").

5. Petitioner's counsel clicked on the link and was brought to a page with the headline "Contacting a Detainee." A picture of the page is inset below.

Page **1** of **8**

7/15/25
The United States Attorney's office shall forthwith facilitate access to counsel to Mr. Guzman. A status report shall be filed on 7/16/25. Patti B Saris