UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUIS MINCHALA GUAMAN,<br><br>Petitioner,<br><br>v.<br><br>PATRICIA HYDE, et al.,<br><br>Respondents. | Civil Action No. 25-cv-11523-PBS |

## RESPONDENTS' SECOND STATUS REPORT

Pursuant to this Court's Order dated July 15, 2025, wherein this Court ordered that "the United States Attorney's Office shall forthwith facilitate access to counsel to Mr. Guaman. A status report shall be filed on 7/16/25." *See* Doc. No. 14. In conjunction therewith, the undersigned counsel states that: Petitioner is currently detained at the Torrance County Detention Facility in Estancia, New Mexico.

As to efforts the undersigned made to effectuate a call between Petitioner's counsel and Petitioner before this Court issued the aforementioned Order, the undersigned sent an email on July 10, 2025, to Petitioner's counsel informing him that any calls he made to that facility before he filed a Form G-28 (Notice of Appearance as Attorney) would not be processed. In his Status Report filed on July 11, 2025, Petitioner's counsel confirmed that he did file a G-28 Form on July 10, 2025, and began making calls to that facility, but without success in reaching Petitioner. *See* Doc.13. As noted below, the undersigned was informed that those numbers were not the proper numbers to call under the circumstances. The undersigned promptly sent a copy of the Petitioner's Status Report to his contact at ICE.

As noted above, on July 15, 2025, this Court issued the above-referenced order directing the United States Attorney's Office (USAO) to facilitate a call between Petitioner and his counsel. Doc. No. 14. As noted in Respondents' Request for Modification, the USAO does not have the knowledge or available information to contact ICE detention facilities throughout this country to facilitate phone calls between detainees and their counsel. As noted therein, the undersigned counsel was informed that ICE/ERO in El Paso, New Mexico is the only entity that has control of detainees in its facilities in that state and the knowledge of how and with whom to facilitate a conversation between detainees and counsel therein.

Nonetheless, the undersigned immediately forwarded this Court's Order to his contact at ICE. The undersigned also asked his contact if they could obtain the name of an individual at the detention facility in New Mexico, as well as email information, so he could attempt to make communication with that individual to effectuate a call between Petitioner and counsel. The undersigned received a phone number and email address today and was able to reach an individual in El Paso who informed him that the numbers Petitioner's counsel had been calling to make contact at that facility were not the proper numbers for his request. Today, on July 16, 2025, I sent an email to Petitioner's counsel with the appropriate number to make contact.

Likewise, yesterday, on July 15, 2025, the undersigned sent an email to Petitioner's counsel asking whether he has had any further success in reaching Petitioner and was informed in the negative. The undersigned also sent an email inquiring whether counsel had contacted Petitioner's family member mentioned in the Petition and asked her to convey to Petitioner that counsel wanted to speak with him and, to facilitate that communication, provided his phone contact information. Certainly, that would be another avenue to facilitate a call.

In conclusion, the undersigned has provided Petitioner's counsel with information that hopefully accomplishes this call.

                                        Respectfully submitted,

                                        LEAH B. FOLEY
                                        United States Attorney

Dated: July 16, 2025            By:    */s/ Michael Sady*
                                              Michael Sady
                                              Assistant United States Attorney
                                              United States Attorney's Office
                                              1 Courthouse Way, Suite 9200
                                              Boston, MA 02210
                                              Tel.:(617) 748-3100
                                              Email: michael.sady@usdoj.gov