UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Luis Minchala Guaman,<br><br>                 Petitioner,<br><br>v.<br><br>Patricia Hyde, Field Office Director, Michael Krol, HSI New England Special Agent in Charge, and Todd Lyons, Acting Director U.S. Immigrations and Customs Enforcement, and Kristi Noem, U.S. Secretary of Homeland Security,<br><br>                 Respondents. | Case No. 1:25-cv-11523<br><br>**STATUS REPORT** |

1. As of 4:59 p.m. EDT on Tuesday, August 19, 2025, Petitioner's counsel has not received any communication from any facility holding Petitioner,[1] the Department of Homeland Security ("DHS"), DHS's Immigration and Customs Enforcement ("ICE"), or the ICE Field Office associated with TCDF, ICE's Enforcement and Removal Operations ("ERO") Field Office in El Paso, Texas (the "El Paso FO").

2. On July 16, 2025, Petitioner's counsel received an email from Respondents' counsel, Assistant United States Attorney Michael Sady, in which AUSA Sady stated he "spoke with an individual at El Paso who informed [AUSA Sady] that the number [Petitioner's counsel] needs to call is 888-351-4024.

3. At approximately 3:45 p.m. EDT on Tuesday, August 19, 2025, Petitioner's counsel called 888-351-4024. Petitioner's counsel was greeted with a recorded line providing a series of

---

[1] Before August 19, 2025, Petitioner was held at Torrance County Detention Facility in Estancia, New Mexico ("TCDF"). While attempting to contact Petitioner, Petitioner's counsel learned Petitioner had been transferred to the El Paso Enhanced Hardened Facility, also known as the El Paso Processing Center.

options to select by number. Petitioner's counsel selected the applicable number and was greeted within approximately sixty seconds by a polite person in a call center. The person requested Petitioner's counsel's name. Petitioner's counsel provided his name and the reason for calling—contacting Petitioner—and provided Petitioner's full name, date of birth, A-number, country of birth, and detention facility. After Petitioner's counsel detailed the steps he had taken to contact Petitioner, the person recommended Petitioner's counsel contact the El Paso FO at 915-225-1901. If Petitioner's counsel could not contact Petitioner, the person recommended submitting a contact form at ice.gov/webform/ero-contact-form.[2]

4. Petitioner's counsel called 915-225-1901 at approximately 4:17 p.m. EDT. The call rang approximately six times and then transferred Petitioner's counsel to a recorded message. Petitioner's counsel was then connected to an individual in a call center. The individual then transferred Petitioner's counsel call to another individual. After again providing Petitioner's counsel and Petitioner's information, the person recommended sending another email to elpaso.outreach@ice.dhs.gov. The person also recommended calling two additional phone numbers: 915-208-0980 and 505-764-3533.

5. Petitioner's counsel called 915-208-0980 at approximately 4:30 p.m. EDT. The call rang approximately six times and then transferred Petitioner's counsel to a recorded message. The message stated Petitioner's counsel had called someone whose voicemail box had not been set up yet. Petitioner's counsel was then instructed to call back again at a later time. The call then terminated.

---

[2] Petitioner's counsel previously submitted a contact form at ice.gov/webform/ero-contact-form at approximately 2:54 p.m. EDT on Wednesday, July 9, 2025. Doc No 13, ¶¶ 12-13. Petitioner's counsel has received no response regarding the contact form from any person or entity.

6. Petitioner's counsel called 505-764-3533 at approximately 4:32 p.m. EDT. The call immediately transferred Petitioner's counsel to a recorded message. The message stated Petitioner's counsel's call could not be completed. The call then terminated.

7. Petitioner's counsel called 915-225-0700[3] at approximately 4:39 p.m. EDT. The call rang approximately six times and then transferred Petitioner's counsel to a recorded message. The call immediately transferred Petitioner's counsel to a person in a call center. The person said that Petitioner The person then transferred Petitioner's counsel to another person. After providing Petitioner's counsel's and Petitioner's information, the person recommended Petitioner's counsel call 915-208-0980. Petitioner's counsel explained he called previously and could not connect with anyone. The person then recommended calling 505-764-3533. Petitioner's counsel explained he called previously and could not connect with anyone. The person then recommended sending an email to elpaso.outreach@ice.dhs.gov with Petitioner's information requesting to contact him. The person then terminated the call.

---

[3] The phone number was previously provided to Petitioner's counsel via a recorded line. Doc No 13, ¶ 11. It purportedly allows callers to ascertain information about individuals held for immigration violations. The phone number is also associated with El Paso FO.

8. At approximately 4:55 p.m. EDT on Tuesday, August 19, 2025, Petitioner's counsel submitted an email to elpaso.outreach@ice.dhs.gov requesting contact with Petitioner. A copy of the email is attached as Exhibit 1.

Dated:   August 19, 2025
         Boston, Massachusetts

          Respectfully submitted,

          LUIS MINCHALA GUAMAN

          By his attorney:

*/s/ Joshua O'Neill*
Joshua O'Neill, Esq.
BBO# 704512
617.356.7784
josh@bostondefender.com



www.bostondefender.com
240 Elm St, 2nd Floor
Somerville, MA 02144