United States District Court
for the
District of Massachusetts
Civil Action No. 1:25-cv-11523-PBS

---

Luis Minchala Guaman,

Petitioner,

-vs-

Patricia Hyde, et al.,

Respondents.

---

**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Petitioner Luis Minchala Guaman and Respondents Patricia Hyde, Field Office Director, Michael Krol, HSI New England Special Agent in Charge, Todd Lyons, Acting Director, U.S. Immigrations and Customs Enforcement, and Kristi Noem, U.S. Secretary of Homeland Security, (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

All claims asserted by Petitioner against Respondents in this action are dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii). No settlement or consideration of any kind forms the basis of this dismissal. Each party shall bear its own attorneys' fees, costs, and expenses. The Parties waive all rights to appeal.

This Stipulation disposes of all claims and all parties. The Parties request that the Clerk close the case.

This case does not involve a certified class (Rule 23(e)), derivative claims (Rule 23.1(c)), unincorporated-association claims (Rule 23.2), a receiver (Rule 66), or any claim requiring court approval to dismiss under an applicable federal statute. Accordingly, this Stipulation is effective upon filing and without a court order.

Dated:   August 21, 2025
         Boston, Massachusetts

Respectfully submitted,

**Luis Minchala Guaman**
By his attorney,

**/s/ Joshua O'Neill**
Joshua O'Neill, Esq.
BBO# 704512
617.356.7784
josh@bostondefender.com

Boston Defender LLC
www.bostondefender.com
240 Elm St, 2nd Floor
Somerville, MA 02144


**Respondents**
By their attorney,

LEAH B. FOLEY
United States Attorney

By:   **/s/ Michael Sady**
      Michael Sady
      Assistant United States Attorney
      United States Attorney's Office
      1 Courthouse Way, Suite 9200
      Boston, MA 02210
      Tel.:(617) 748-3100
      Email: michael.sady@usdoj.gov

**CERTIFICATE OF SERVICE**

The Parties hereby certify, subject to the penalties of perjury, that, on August 21, 2025, they have served this filing and any attachments or exhibits on opposing counsel via the Court's electronic filing and case management system.